Same memorandum as in *People v Green* (52 AD3d 1263 [2008]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GREEN, Defendant, and DAVE GREEN AUTO WORLD, INC., Appellant. (Appeal No. 3.) [858 NYS2d 629]—Appeal from a judgment of the Monroe County Court (Stephen R. Sirkin, J.), rendered February 28, 2007. The judgment convicted defendant Dave Green Auto World, Inc., upon a plea of guilty, of grand larceny in the second degree, offering a false instrument for filing in the first degree (nine counts), and making or delivering a fraudulent sales tax report (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Green* (52 AD3d 1263 [2008]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

CIMATO & SONS et al., Appellants, v TOWN OF AMHERST et al., Respondents. [858 NYS2d 629]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Timothy J. Drury, A.J.), entered May 30, 2007 in a declaratory judgment action and CPLR article 78 proceeding. The judgment dismissed the CPLR article 78 petition and granted declaratory relief in favor of defendants-respondents.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Centra and Fahey, JJ.